IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals With Disabilities Foundation, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Candlewood Industrial Park LLC, <br><br> Defendant. | No. CV-16-3016-PHX-DGC <br><br> **ORDER** |

On August 15, 2016, the Court issued orders requiring Plaintiffs to show cause why *Advocates for Individuals with Disabilities Foundation, Inc. v. Greenfield Plaza, LLC*, CV16-2361-PHX-DGC ("Greenfield Plaza"), and *Advocates for Individuals with Disabilities, LLC, et al. v. WSA Properties,* LLC, CV16-2375-PHX-DGC ("WSA"), should not be dismissed for lack of standing. Before Plaintiffs filed their response in either case, the Court informed their counsel that "[s]everal cases with the same plaintiffs are pending before the Court, and the order to show cause is relevant to the Court's *sua sponte* inquiry into standing in those cases." CV16-2375, Doc. 18. Plaintiffs filed responses in Greenfield Plaza and WSA that were virtually identical. *Compare* Greenfield Plaza, Doc. 17 *with* WSA, Doc. 24.

"Federal courts are required *sua sponte* to examine jurisdictional issues such as standing." *Chapman v. Pier 1 Imports (U.S.) Inc.*, 631 F.3d 939, 954 (9th Cir. 2011) (en banc) (quotation marks, citation, and brackets omitted). The Court has reviewed the

complaint in this case and finds that it is substantially the same as the complaints in Greenfield Plaza and WSA. For the reasons set forth at length in the Court's September 28, 2016 order in WSA (CV16-2375, Doc. 27), the Court concludes that (a) Plaintiff lacks standing in this case, and (b) this case should be remanded to state court.

**IT IS ORDERED** that this action is remanded to Maricopa County Superior Court.

Dated this 29th day of September, 2016.

_David G. Campbell_
David G. Campbell
United States District Judge